UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC SAVAGE and )
RANDOLPH BLAKE, )
      Plaintiffs, )
)
)
v. )   Civil No. 3:18-cv-30164-KAR
)
)
THE CITY OF SPRINGFIELD, )
BERNARD J. CALVI, individually and )
as Fire Commissioner for the City of )
Springfield, and JOSEPH CONANT, )
individually and as former Fire )
Commissioner, )
      Defendants. )
)

**A. Claims of Marc Savage**

1. Did Marc Savage prove by a preponderance of the evidence that any of the Defendants retaliated against him based on his participation in protected activities by subjecting him to a retaliatory hostile work environment or by other retaliatory acts?

The City of Springfield:

    _____ YES          __X__ NO

Bernard Calvi:

    _____ YES          __X__ NO

Joseph Conant:

    _____ YES          __X__ NO

2. Did Marc Savage prove by a preponderance of the evidence that any of the Defendants, motivated by racial and/or religious animus, unlawfully discriminated against him by subjecting him to, failing to remedy, or perpetuating a racially and/or religiously hostile work environment?

The City of Springfield:

        _____ YES                        __X__ NO

Bernard Calvi:

        _____ YES                        __X__ NO

Joseph Conant:

        _____ YES                        __X__ NO

If your answer is "No" as to each of the Defendants in both Questions 1 and 2, that ends your deliberation as to Marc Savage's claims against the Defendants.

If your answer is "Yes" as to any of the Defendants on Questions 1 and/or 2, go to Question 3.

***Note:*** *If you answered "Yes" as to any of the Defendants on Questions 1 and/or 2, then you should award Mr. Savage either compensatory damages or nominal damages. However, you should **not** award both compensatory and nominal damages.*

3. Did Marc Savage prove by a preponderance of the evidence that he should be awarded compensatory damages?

        _____ YES                        _____ NO

If your answer is "Yes," state the amount or, if none, write the word "none."

                               $_____

                               **-OR-**

4. Do you find by a preponderance of the evidence that Marc Savage should be awarded nominal damages?

        _____ YES                        _____ NO

If your answer is "Yes," state the amount or, if none, write the word "none."

                               $_____

5. Did Marc Savage prove by a preponderance of the evidence that he should be awarded punitive damages?

_____ YES         _____ NO

If your answer is "Yes," state the amount.

$_____

### B. Claims of Randolph Blake

1. Did Randolph Blake prove by a preponderance of the evidence that any of the Defendants retaliated against him based on his participation in protected activities by subjecting him to a retaliatory hostile work environment or by other retaliatory acts?

The City of Springfield:

_____ YES         \_\_\_X\_\_\_ NO

Bernard Calvi:

_____ YES         \_\_\_X\_\_\_ NO

Joseph Conant:

_____ YES         \_\_\_X\_\_\_ NO

2. Did Randolph Blake prove by a preponderance of the evidence that any of the Defendants, motivated by racial animus, unlawfully discriminated against him by subjecting him to, failing to remedy, or perpetuating a racially hostile work environment?

The City of Springfield:

_____ YES         \_\_\_X\_\_\_ NO

Bernard Calvi:

_____ YES         \_\_\_X\_\_\_ NO

Joseph Conant:

_____ YES         \_\_\_X\_\_\_ NO

3

If your answer is "No" as to each of the Defendants in both Questions 1 and 2, that ends your deliberation as to Randolph Blake's claims against the Defendants.

If your answer is "Yes" as to any of the Defendants on Questions 1 and/or 2, go to Question 3.

*Note:* *If you answered "Yes" as to any of the Defendants on Questions 1 and/or 2, then you should award Mr. Blake either compensatory damages or nominal damages. However, you should **not** award both compensatory and nominal damages.*

3. Did Randolph Blake prove by a preponderance of the evidence that he should be awarded compensatory damages?

_____ YES     _____ NO

If your answer is "Yes," state the amount or, if none, write the word "none."

$_____

-OR-

4. Do you find by a preponderance of the evidence that Randolph Blake should be awarded nominal damages?

_____ YES     _____ NO

If your answer is "Yes," state the amount or, if none, write the word "none."

$_____

5. Did Randolph Blake prove by a preponderance of the evidence that he should be awarded punitive damages?

_____ YES     _____ NO

If your answer is "Yes," state the amount.

$_____

The undersigned foreperson of the jury hereby certifies that the members of the jury unanimously agree to the above findings.

_6/25/2024_ Date        _____[signature]_____ Foreperson's Signature