AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| MARC SAVAGE, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF SPRINGFIELD, et al. | ) |
| *Defendant* | ) |

Civil Action No.   18-cv-30164 (KAR)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☑ the plaintiffs recover nothing, the action be dismissed on the merits, and the defendants *(name)* City of Springfield, Joseph Conant and Bernard J. Calvi   recover costs from the plaintiffs *(name)* Marc Savage and Randolph Blake .

☐ other:

                                                                                          .

This action was *(check one)*:

☑ tried by a jury with   Magistrate Judge Katherine A. Robertson   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

                                                                                          .

Date:   7/03/2024

CLERK OF COURT

*Melissa M. Rivera*

*Melissa M. Rivera, Deputy Clerk*