UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC SAVAGE and<br>RANDOLPH BLAKE<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF SPRINGFIELD<br>BENARD J. CALVI, individually as Fire Commissioner for the City City of Springfield and JOSEPH CONANT, individually and former Fire Commissioner,<br><br>    Defendants. | Civil Action No.: 3:18-cv-30164-KAR |

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

Notice is hereby given in accordance with Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1292(a)(1) that Plaintiffs, by and through their counsel, hereby appeal to the United States Court of Appeals for the First Circuit from the Orders of the District Court dated:

July 3, 2024, granting order and judment in favor of Defendant

July 3, 2024 order denying in part Plaintiff's Motion in Limine Requesting Limiting Instruction on Civil Service and Arbitration Decisions,

Case 3:18-cv-30164-KAR    Document 301    Filed 08/01/24    Page 2 of 4

-2-

July 3, 2024 order denying in part Plaintiff's Motion in Limine Requesting Limiting Instruction on Civil Service and Arbitration Decisions, and

June 7, 2024 order denying Motion In Limine to Preclude Defendants from Arguing First Amendment Defenses Related to Offensive Social Media Posts.

This 1st day of August 2024.

                                                    Respectfully Submitted,

                                                    By Plaintiff's Attorney,

/s/Arnold J. Lizana III
Arnold J. Lizana III
MA BBO No. 546161

Law Office of Arnold J. Lizana III P.C.
444 A North Main Street Suite 304
East Longmeadow, MA 01028
Tel./ Fax (877) 443-0999
alizana@attorneylizana.com

-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC SAVAGE and<br>RANDOLPH BLAKE<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SPRINGFIELD<br>BENARD J. CALVI, individually as Fire Commissioner for the City City of Springfield and JOSEPH CONANT, individually and former Fire Commissioner,<br><br>    Defendants. | Civil Action No.: 3:18-cv-30164-KAR |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2024, I electronically filed this Certificate of Service for **NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT** using electronic mail to:

>    EDWARD PIKULA
>    Special Counsel For
>     City Of Springfield

-3-

1350 Main Street – Suite 312
Springfield, MA 01103
Email: edward.pikula@outlook.com

LISA C. DESOUSA
Law Department, City of Springfield
1600 East Columbus Ave.
Springfield, MA 01103
413-886-5206
Email:
ldesousa@springfieldcityhall.com

*Attorneys for City of Springfield*


Respectfully Submitted,
Law Office of Arnold J. Lizana III, P.C.

By:*/s/ Arnold J. Lizana III*
ARNOLD J. LIZANA III
1175 Peachtree Street NE, 10th Floor
Atlanta, GA 30361
Phone: (404) 207-1559
alizana@attorneylizana.com

-4-